Beilal Chatila, Esq., SBN 314413
CHATILA LAW, LLP
3645 W. Atwater Avenue
Fresno, CA 93711
(888) 567-9990
bc@chatilalaw.com

Attorney for Plaintiff,
**ANTHONY THOMAS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY THOMAS, an individual, | Case No. 2:24-cv-01393-KJM-CSK |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| WR RETAIL MARKET, a business entity; NUANCE INVESTMENT, INC., a California Corporation and DOES 1-10, inclusive, , | |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:**

I am counsel for the Plaintiff in this matter and Plaintiff hereby voluntarily dismiss this lawsuit against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(I). Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

1

Dated: July 7, 2024            **CHATILA LAW, LLP**

                     By: /BEILAL CHATILA
                          BEILAL CHATILA
                          Attorneys for Plaintiff
                          ANTHONY THOMAS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I am over the age of eighteen and not a party to this action. My business address is 3635 Atwater Avenue, Fresno, CA 93711. I hereby certify that on July 7, 2024, I electronically transmitted the following document.

NOTICE OF VOLUNTARY DISMISSAL

The document was transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Date: July 7, 2024                   /S/ LARRY MENTON
                                     LARRY MENTON